UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) 3:09-md-02100-DRH<br>)<br>) MDL No. 2100<br>) |

**This Document Relates To:**

*Christina S. Clark v. Bayer Corporation, et al.*  No. 3:10-cv-12079-DRH

*Nancy L. Powell v. Bayer Corporation, et al.*  No. 3:10-cv-11180-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on November 20, 2013, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

Dated: November 26, 2013

Digitally signed by David R. Herndon
Date: 2013.11.26 08:27:42 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT